IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **21-54489-LRC** |
| | ) | |
| **VERDE LEAF, INC.,** | ) | |
| | ) | Chapter 7 |
| Debtor. | | |

### TRUSTEE'S NOTICE OF REJECTION OF UNEXPIRED LEASE

NOW COMES Jason L. Pettie, Trustee in the above-captioned case, and hereby files this notice of rejection of that certain Lease Agreement dated September 10, 2020 with Shields Land Company of Georgia LLC as landlord (the "Lease Agreement"). Verde Processing & Storage, LLC, an entity that the Debtor formerly did business as, entered into the Lease Agreement as the tenant.

**PLEASE TAKE NOTICE** that, in the exercise of Trustee's business judgment, Trustee rejects the Lease Agreement pursuant to 11 U.S.C. § 365 effective as of the petition date for this case, June 12, 2021 (the "Rejection Date").

**PLEASE TAKE FURTHER NOTICE** that any party seeking to object to Trustee's rejection of the Lease Agreement must file and serve a written objection, so that such objection is filed with the Court and is actually received no later than fourteen (14) calendar days after the date of this rejection upon Trustee at the below listed address.

**PLEASE TAKE FURTHER NOTICE** that absent an objection being timely filed, the rejection of the Lease Agreement shall become effective as of the Rejection Date without further notice.

This 21st day of June, 2021.

By: */s/ Jason L. Pettie*
Jason L. Pettie, Trustee
P.O. Box 17936

Atlanta, GA 30316
(404) 638-5984

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed.

Shields Land Company of Georgia LLC
1500 E Washington Street
Muncie, IN  47305

Office of the U.S. Trustee
Room 362, Russell Federal Bldg
75 Ted Turner Dr, SW
Atlanta, Georgia  30303

Angelyn M. Wright
The Wright Law Alliance, P.C.
Suite 222, 1244 Clairmont Road
P. O. Box 3576
Decatur, GA 30031

Verde Leaf, Inc.
400 W Peachtree St, NW
Suite 4-952
Atlanta, GA 30308-3536

/s/ Jason L. Pettie
Jason L. Pettie
Georgia Bar # 574783