**IT IS ORDERED as set forth below:**

Date: June 22, 2021

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **21-54489-LRC** |
| | ) | |
| **VERDE LEAF, INC.,** | ) | |
| | ) | Chapter 7 |
| Debtor. | | |

**ORDER APPROVING EMPLOYMENT OF PROFESSIONAL**

On June 18, 2021, Trustee filed an application for employment of Hays Financial Consulting, LLC as Trustee's accountant and financial advisor [Doc. No. 6] (the "Application"). No notice or hearing on the Application is necessary. The Application and its supporting affidavit demonstrate that Hays Financial Consulting, LLC is a firm employing an accountnat licensed to practice in this State, that they are disinterested and represent no interest adverse to Debtor or the estate, and that this case justifies employment of a professional for the purpose specified. Accordingly, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. § 327 and Bankruptcy Rule 2014, the Application is granted. Trustee is authorized to employ Hays Financial Consulting, LLC as accountant and financial advisor for the Trustee during the Debtor's Chapter 7 case, subject to

1

the office of the U.S. Trustee filing an objection within 21 days of entry of this order. It is further

**ORDERED** that compensation shall be paid to Hays Financial Consulting, LLC upon notice, hearing and approval by the court pursuant to 11 U.S.C. §§ 330, 331 and Bankruptcy Rule 2016 of an appropriately detailed application.

**[END OF DOCUMENT]**

Prepared and submitted by:

*/s/ Jason L. Pettie*
Jason L. Pettie, Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, GA 30316
(404) 638-5984

2

**DISTRIBUTION LIST**

Hays Financial Consulting, LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305

Angelyn M. Wright
The Wright Law Alliance, P.C.
Suite 222, 1244 Clairmont Road
P. O. Box 3576
Decatur, GA 30031

Verde Leaf, Inc.
400 W Peachtree St, NW
Suite 4-952
Atlanta, GA 30308-3536

Jason L. Pettie, Trustee
P.O. Box 17936
Atlanta, GA 30316


Office of the U.S. Trustee
Rm 362, Russell Federal Bldg
75 Ted Turner Dr, SW
Atlanta, Georgia  30303