IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 21-54489-LRC |
| | * | |
| VERDE LEAF, INC., | * | |
| | * | CHAPTER 13 |
| Debtor. | * | |

## AMENDMENT TO SCHEDULES

COMES NOW, the Debtor, Verde Leaf, Inc., by and through Counsel and files this Amendment to Schedules and shows the Court as follows:

1.

Debtor would amend (Official Form 206Sum) Summary of Assets and Liabilities for Non-Individuals as shown in the attached.

2.

Debtor would amend Schedule A/B, Assets – Real and Personal Property, to remove a vehicle that did not belong to Debtor, as shown on attached.

3.

Debtor would amend Schedule E/F, Creditors Who Have Unsecured Claims, to add creditors shown on the Supplemental Creditor Matrix, attached hereto.

4.

Debtor would amend its Statement of Financial Affairs, to disclose an additional lawsuit pending within the year prior to Petition date, as shown in the attached.

5.

Debtor would amend its Declaration Concerning Debtor's Schedules, as shown in the attached.

**WHEREFORE**, Debtor prays:

1) That this Amendment be read, filed and considered; and

2) That the Court accord Debtor any other relief it deems mete and proper.

Dated: July 13, 2021.

/s/ Angelyn M. Wright
Angelyn M. Wright
Georgia Bar No. 777662
*Attorney for Debtor*

THE WRIGHT LAW ALLIANCE, P.C.
1244 Clairmont Road, Suite 222
P.O. Box 3576
Decatur, GA 30031
(404) 373-9933
twlopc@earthlink.net

**Fill in this information to identify the case:**

Debtor name   **Verde Leaf, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **21-54489-LRC**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $     0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $     229,400.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $     229,400.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $     38,511.95

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $     30,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     4,851,158.53

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b

   $     4,919,670.48

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Verde Leaf, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **21-54489-LRC**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **WestTown Bank & Trust** | Checking | 8619 | $2,900.00 |
| 3.2. | **BB&T** **(Balance: -$235.00)** | Checking | 5236 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$2,900.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Lease deposit paid to Shields Land Co of Georgia LLC for warehouse space** | $14,000.00 |
| --- | --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| Debtor | **Verde Leaf, Inc.** | Case number *(If known)* **21-54489-LRC** |
|---|---|---|
| | Name | |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$14,000.00

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old: ___50,000.00___ - ___0.00___ =.... $50,000.00

face amount　　　　　　　doubtful or uncollectible accounts

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$50,000.00

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** Hemp oil (30 liters @ $300/liter) (in possession of Primas Processing LLC, 7221 Montevideo Rd, Unit 200, Jessup, MD 20794) | 4/1/2021 | $0.00 | Liquidation | $9,000.00 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$9,000.00

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

| Debtor | **Verde Leaf, Inc.** | Case number *(If known)* **21-54489-LRC** |
|---|---|---|
| | Name | |

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** Harvested hemp crop in the possession of Russell Peterson/George Richie Peterson/R B Tire & Auto Service Center | $0.00 | Liquidation | $76,000.00 |
| Hemp crops in the possession of farmers shown on Exhibit "A" | $0.00 | Liquidation | Unknown |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* TR 6075 4WD Cab PST Tractor (in the possession of George Richie Peterson/R B Tire & Auto Service Center) | $0.00 | Liquidation | $38,000.00 |
| Rain-flo Mulch Layer and Transplanter (in the possession of George Richie Peterson/R B Tire & Auto Service Center) | $0.00 | Liquidation | $3,000.00 |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**    | **$117,000.00** |
Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Verde Leaf, Inc.**

Name

Case number *(if known)* **21-54489-LRC**

■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **Gooseneck trailer (in the possession of George Richie Peterson/R B Tire & Auto Service Center)** | $0.00 | Liquidation | $6,000.00 |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Pallet Fork 48" 5000 lb**<br>**(in the possession of George Richie Peterson/R B Tire & Auto Service Center)** | $0.00 | Liquidation | $500.00 |

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $6,500.00 |
|---|---|

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   **Verde Leaf, Inc.**
_____   Case number *(If known)* **21-54489-LRC**
Name

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties**<br>**Hemp license processing issued by State of Georgia**<br>**(non-transferrable)** | $0.00 | Liquidation | $0.00 |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | **Verde Leaf, Inc.** | | Case number *(If known)* **21-54489-LRC** |
| | Name | | |

| | | |
|---|---|---|
| **Debtor provided $30,000 for production of hemp "dip" but product never made** **Alpine Hemp Group, 17494 Powers Creek Loop Rd NE, Silverton, OR 97381;** **Marocom Management Corp, 6991 E Ironwood Dr, Paradise Valley, AZ 85253** | | **$30,000.00** |
| **Nature of claim** | **Collection** | |
| **Amount requested** | **$30,000.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | **$30,000.00** |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor    **Verde Leaf, Inc.**                                        Case number *(If known)* **21-54489-LRC**
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,900.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $117,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $6,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $30,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $229,400.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $229,400.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**In re:  Verde Leaf, Inc - Exhibit A:  List of Farmers in Possession of Crops**

| FARMER | ADDRESS |
|---|---|
| Janet Mapel | 1161 River Cove RD, Woodbury, GA 30293 |
| Terry Mills | 11061 Edwards Rd, Spring Hope, NC 27882 |
| EB Farms | 2100-2388 County Rd 7, Lisman, AL 36912 |
| Perry Edenfield | 2720 Sunset Blvd, West Columbia, SC 29169 |
| Dreama Cecil | 1113 Liberty Rd, Archdale, NC 27263 |
| Mike Morgan | 6521 Tom Ball Rd, Randaleman, NC 27317 |
| Martin McLeod | 2464 Vass Carthage Rd, Carthage, NC 28327 |
| Jerry Butler | 707 Greenwood Rd, W Columbia, SC 29169 |
| Buds Farm | 575 IW Hutto Rd, Swansea, SC 29160 |
| Dameon Tryon | 5302 Paisley St., Houston TX 77096 |

**Fill in this information to identify the case:**

Debtor name __**Verde Leaf, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**21-54489-LRC**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** | **$30,000.00** |
| **Georgia Department of Revenue Compliance Division** 1800 Century Blvd, Ste 16102 Atlanta, GA 30345-3205 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Sales taxes** | | |
| Last 4 digits of account number **1893** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset? ■ No ☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|
| **South Carolina Dept of Revenue Sales Tax** PO Box 125 Columbia, SC 29214-0400 | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| Last 4 digits of account number **1893** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset? ■ No ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Verde Leaf, Inc.**
_____
Name

Case number (if known)    **21-54489-LRC**
_____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

**Adrien Reid**
**309 Vicki Lane**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/3/2020**

Basis for the claim:  **Loan**

Last 4 digits of account number **_**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,000.00 |
|---|---|---|---|

**Aleta Ford**
**164 Payton Pl**
**Barnwell, SC 29812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim:  **Farming services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Arthur Williams**
**175 Agnes Williams Ln**
**Baxley, GA 31513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim:  **Farming services - debt held jointly with Emanuel Williams and Michael Carter**

Last 4 digits of account number **_**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,240.29 |
|---|---|---|---|

**BB&T**
**Client Services Administration**
**PO Box 1847**
**Wilson, NC 27894-1847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Visa credit card**

Last 4 digits of account number  **9572**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,999.04 |
|---|---|---|---|

**BB&T**
**Client Services Administration**
**PO Box 1847**
**Wilson, NC 27894-1847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Visa credit card**

Last 4 digits of account number  **9580**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,452.00 |
|---|---|---|---|

**Breland Farms**
**15435 Lowcountry Hwy**
**Ruffin, SC 29475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim:  **Farming services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.00 |
|---|---|---|---|

**Brightsville Cotton Company**
**aka Bennettsville Cotton Co.**
**588 Antioch Church Rd**
**Bennettsville, SC 29512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

Basis for the claim:  **Farming services - debt held jointly with William Cooper Lee**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$231,840.00** |
|---|---|---|---|

**Buds Farm**
**575 IW Hutto Rd**
**Swansea, SC 29160**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Burnell Farm**
**862 Joe Findley Rd**
**Royston, GA 30662**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Farming services - debt held jointly with Tamie Burnell**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Calamus Farms LLC**
**c/o U.S. Corporation Agents**
**1591 Savannah Hwy, Suite 201**
**Charleston, SC 29407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Farming services - debt held jointly with Joey Jefferson**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,787.00** |
|---|---|---|---|

**Carlton Rucker**
**863 S. Potter Rd**
**Lancaster, SC 29720**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,441.00** |
|---|---|---|---|

**Carolina Green Mechanical Svcs**
**707 Greenwood Rd**
**West Columbia, SC 29169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Cecil Farms Inc.**
**1113 Liberty Rd**
**Archdale, NC 27263**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Farming services - debt held jointly with Dreama Cecil and Danny Cecil**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,820.00** |
|---|---|---|---|

**Central Processor**
**2413 Leaphart Rd**
**West Columbia, SC 29169**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contract services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,120.00** |
| | **Charles Crable** | ☐ Contingent | |
| | **201 Holston St** | ☐ Unliquidated | |
| | **Monetta, SC 29105** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Farming services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
| | **Christopher Thickum** | ☐ Contingent | |
| | **PO Box 953** | ☐ Unliquidated | |
| | **Conyers, GA 30012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Contract labor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| | **Cloud Agriculture, Inc.** | ☐ Contingent | |
| | **3854 Providence Rd** | ☐ Unliquidated | |
| | **Kershaw, SC 29067** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Farming services - debt held jointly with Dea Thomas** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,260.00** |
| | **CR Jolly** | ☐ Contingent | |
| | **672 Plum Branch Rd** | ☐ Unliquidated | |
| | **Edgefield, SC 29824** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Farming services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| | **Cumbee Farms** | ☐ Contingent | |
| | **c/o William L Rawl, Jr.** | ☐ Unliquidated | |
| | **140 Whiteford Way** | ☐ Disputed | |
| | **Lexington, SC 29072** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Farming services - debt held jointly with Heather Chitty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$229,000.00** |
| | **Dameon Tryon** | ☐ Contingent | |
| | **5302 Paisley St** | ☐ Unliquidated | |
| | **Houston, TX 77096** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Farming services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| | **Danny Cecil** | ☐ Contingent | |
| | **1113 Liberty Rd** | ☐ Unliquidated | |
| | **Archdale, NC 27263** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Farming services - debt held jointly with Dreama Cecil and Cecil Farms Inc.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Verde Leaf, Inc.** | Case number *(if known)* | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,752.00** |
|---|---|---|---|

**Dea Thomas**
**3854 Providence Rd**
**Kershaw, SC 29067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Farming services - debt held jointly with Cloud Agriculture, Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,500.00** |
|---|---|---|---|

**Diversified Fin'l Mgmt Group**
**1201 Peachtree St NE**
**400 Colony Square, Suite 200**
**Atlanta, GA 30361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Accounting services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155,440.00** |
|---|---|---|---|

**Donnie Cochran**
**Silas Cochran Ln**
**Camilla, GA 31730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,080.00** |
|---|---|---|---|

**Dora Jefferson**
**1519 Liberty Expressway SE**
**Albany, GA 31075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Farming services - debt held jointly with James E Jefferson and Jefferson's Ponderosa Farms LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285,120.00** |
|---|---|---|---|

**Dreama Cecil**
**1113 Liberty Rd**
**Archdale, NC 27263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Farming services - debt held jointly with Danny Cecil and Cecil Farms Inc.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,800.00** |
|---|---|---|---|

**Dwayne Dowtin**
**1816 US Highway 321 N**
**Winnsboro, SC 29180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**EB Farms**
**2100-2388 County Rd 7**
**Lisman, AL 36912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Farming services`**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,128.00** |
|---|---|---|---|

**Emanuel Williams**
**175 Agnes Williams Ln**
**Baxley, GA 31513**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,000.00** |
|---|---|---|---|

**Film Organics**
**4408 Rue Louis-B-Mayer**
**Laval, QC H7P 0G1**
**CANADA**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1432**

**Basis for the claim:**  **Mulch**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**George "Kenny" Ison**
**8543 Zebulon Rd**
**Molena, GA 30258**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Farming services - debt held jointly with George Howell, Terrence Simon and ISH Farms**

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,240.00** |
|---|---|---|---|

**George Barnwell**
**185 Half Moon Island Rd**
**Beaufort, SC 29906**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.00** |
|---|---|---|---|

**George Howell**
**8543 Zebulon Rd**
**Molena, GA 30258**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Farming services - debt held jointly with ISH Farms, Terrence Simon and Kenny Ison**

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,283.00** |
|---|---|---|---|

**Greg Wallace**
**536 Witherspoon Rd**
**Kingstree, SC 29556**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,140.00** |
|---|---|---|---|

**Heather Chitty**
**201 Holston St**
**Monetta, SC 29105**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Farming services - debt held jointly with Cumbee Farms LLC and Michael Cumbee**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Verde Leaf, Inc.** | | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.36** | Nonpriority creditor's name and mailing address

**Inclusive Healthcare Group LLC**
11874 R 251
Oakwood, TX 75855

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Farming loss**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.37** | Nonpriority creditor's name and mailing address

**ISH Farms**
8543 Zebulon Rd
Molena, GA 30258

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Farming services - debt held jointly with George Howell, Terrence Simon and Kenny Ison**

Is the claim subject to offset? ☑ No ☐ Yes

**$71,800.00**

---

**3.38** | Nonpriority creditor's name and mailing address

**Ivan Kelly**
6895 Arthur Gayle Rd
Wedgefield, SC 29168

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Farming services**

Is the claim subject to offset? ☑ No ☐ Yes

**$56,808.00**

---

**3.39** | Nonpriority creditor's name and mailing address

**Jabari Hayes**
2121 Glenwood Downs Dr
Decatur, GA 30035

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

**$5,000.00**

---

**3.40** | Nonpriority creditor's name and mailing address

**James E Jefferson**
1519 Liberty Expressway SE
Albany, GA 31075

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Farming services - debt held jointly with Dora Jefferson and Jefferson's Ponderosa Farms LLC**

Is the claim subject to offset? ☑ No ☐ Yes

**$10.00**

---

**3.41** | Nonpriority creditor's name and mailing address

**James E Lee, Jr., MD**
4 Glengrove Drive
Simpsonville, SC 29681

Date(s) debt was incurred  **12/15/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

**$7,000.00**

---

**3.42** | Nonpriority creditor's name and mailing address

**Janet Mapel**
1161 Rive Cove Rd
Woodbury, GA 30293

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Farming services**

Is the claim subject to offset? ☑ No ☐ Yes

**$15,000.00**

---

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Jefferson's Ponderosa Farms**
**1519 Liberty Expressway SE**
**Albany, GA 31075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services - debt held jointly with Dora Jefferson and James E Jefferson**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,680.00** |
|---|---|---|---|

**Jennifer Boston**
**3750 Wedgefield Rd**
**Sumter, SC 29154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services - debt held jointly with Lewis Walker and Walker Boston Farms**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,000.00** |
|---|---|---|---|

**Jerry Butler**
**707 Greenwood Rd**
**West Columbia, SC 29169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,800.00** |
|---|---|---|---|

**Jesse Walker**
**3030 Evanwood Ln**
**Wedgefield, SC 29168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43,508.00** |
|---|---|---|---|

**Joey Jefferson**
**120 Nevil Ct**
**Summerville, SC 29486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,012.00** |
|---|---|---|---|

**Jose Garcia**
**17012 Bells Hwy**
**Lodge, SC 29082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract labor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,024.00** |
|---|---|---|---|

**KaDi Farms LLC**
**196 Clearview Lane**
**Saluda, SC 29138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Kimberly L Veal**
646 Garth Ave
Akron, OH 44320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/16/2020__

Basis for the claim:  __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|

**Kyendria Garth, MD**
223 Caitlyn Dr
Hampton, GA 30228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __10/8/2020__

Basis for the claim:  __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Kyendria Garth, MD**
223 Caitlyn Dr
Hampton, GA 30228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/18/2020__

Basis for the claim:  __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$127,994.02** |
|---|---|---|---|

**LAI Commercial Leasing & Sales**
5639 Atlanta Highway
Flowery Branch, GA 30056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Lewis Walker**
3750 Wedgefield Rd
Sumter, SC 29154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Farming Services - debt held jointly with Jennifer
Boston and Walker Boston Farms__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,099.00** |
|---|---|---|---|

**Mark Culp**
676 Fairforest Rd
Chester, SC 29706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Farming services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$134,000.00** |
|---|---|---|---|

**Martin McLeod**
2464 Vass Carthage Rd
Carthage, NC 28327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Farming services__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,872.50** |
|---|---|---|---|

**MegaForce Logistics**
**PO Box 953**
**Conyers, GA 30012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Contract services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Mercy Farms LLC**
**c/o Vincent A. Patterson**
**290 Acton Court**
**Columbia, SC 29212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services - debt held jointly with Sylvia Patterson**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,522.89** |
|---|---|---|---|

**Metro Trailers**
**100 Metro Pkwy**
**Pelham, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5277**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Michael Carter**
**175 Agnes Williams Ln**
**Baxley, GA 31513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services - debt held jointly with Emanuel Williams and Arthur Williams**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,140.00** |
|---|---|---|---|

**Michael Cumbee**
**201 Holston St**
**Monetta, SC 29105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services - debt held jointly with Cumbee Farms LLC and Heather Chitty**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$468,450.00** |
|---|---|---|---|

**Mike Morgan**
**6521 Tom Ball Rd**
**Randleman, NC 27317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Farming services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Octavia Wiseman**
**8801 Hampton Mall Dr, N**
**Capitol Heights, MD 20743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$179,000.00** |
|---|---|---|---|

**PeeDee Extractors**
**1506 W Highway 378**
**Gresham, SC 29546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Hemp processing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134,000.00** |
|---|---|---|---|

**Perry Edenfield**
**2720 Sunset Blvd**
**West Columbia, SC 29169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Farming services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,797.04** |
|---|---|---|---|

**Peterson Farms**
**2650 Moore Rd**
**Barnwell, SC 29812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract labor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$494,016.00** |
|---|---|---|---|

**Peterson Farms of Barnwell LLC**
**2650 Moore Rd**
**Barnwell, SC 29812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Farming services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,890.00** |
|---|---|---|---|

**PlantLife**
**958 Tropic Blvd**
**Delray Beach, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Contract services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,040.00** |
|---|---|---|---|

**PR Newswire**
**602 Harborside Financial Ctr**
**Plaza 3, 6th Floor**
**Jersey City, NJ 07311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Press services**

Last 4 digits of account number  **3765**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,227.01** |
|---|---|---|---|

**R B Tire & Auto Service Center**
**2770 SC Highway 70**
**Barnwell, SC 29812**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various dates**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Verde Leaf, Inc.** | Case number *(if known)* | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53,720.00** |
|---|---|---|---|

**Raymond Maple**
**851 N Saint Pauls Church Rd**
**Sumter, SC 29154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,240.00** |
|---|---|---|---|

**Ruth Bennett**
**6400 Nakia Dr**
**Rembert, SC 29128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,308.74** |
|---|---|---|---|

**Straight Arrow**
**1236 Oak Hill Terrace**
**Mount Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **GASC**

Basis for the claim:  **Contract services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,264.00** |
|---|---|---|---|

**Sylvia Patterson**
**4111 Ward Rd**
**Summerton, SC 29148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,200.00** |
|---|---|---|---|

**Tamie Burnell**
**862 Joe Findley Rd**
**Royston, GA 30662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Terrence Simon**
**8543 Zebulon Rd**
**Molena, GA 30258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Farming services - debt held jointly with George
Howell, Kenny Ison, and ISH Farms**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147,000.00** |
|---|---|---|---|

**Terry Mills**
**11061 Edwards Rd**
**Spring Hope, NC 27882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Farming services**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
|---|---|---|---|

**TK Trucking**
**403 River Forest Dr**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/22/2020_

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Tommie Clay**
**1800 Honeysuckle Lane, SW**
**Atlanta, GA 30311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/28/2020_

**Basis for the claim:** _Loan_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Trace LLC**
**ATTN: Josh Decatur, CEO**
**PO Box 863**
**Burlington, VT 05402**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Contract - no services used_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,688.00** |
|---|---|---|---|

**Trish Anderson**
**379 Radio Ln**
**Saluda, SC 29138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Farming services_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**VAP Industries, LLC**
**c/o Vincent A. Patterson**
**209 Acton Court**
**Columbia, SC 29212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Farming services - debt held jointly with Vincent Patterson_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,467.00** |
|---|---|---|---|

**Vincent Patterson**
**4111 Ward Rd**
**Summerton, SC 29148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Farming services - debt held jointly with VAP Industries, LLC_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Vineyard Property LLC**
**515 Chase Drive**
**Fayetteville, GA 30214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Contract for farming - no farming services provided_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.00** |
|---|---|---|---|

**Walker Boston Farms**
**3750 Wedgefield Rd**
**Sumter, SC 29154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Farming Services - debt held jointly with Jennifer Boston and Lewis Walker**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$335,948.00** |
|---|---|---|---|

**William Lee**
**588 Antioch Church Rd**
**Bennettsville, SC 29512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Farming services**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Willshire Farms, Inc.**
**c/o William T. Bull**
**241 Planter's Trace**
**Santee, SC 29142**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Farming services**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BB&T**<br>**PO Box 698**<br>**Wilson, NC 27894-0698** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Carlton Rucker**<br>**PO Box 1198**<br>**Lancaster, SC 29721** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Carlton Rucker**<br>**PO Box 906**<br>**Lancaster, SC 29721** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Central Processor**<br>**100 Intrepid Lane, Suite B**<br>**Syracuse, NY 13205** | Line **3.14**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Charles Crable**<br>**3327 N Davidson St**<br>**Suite T-01**<br>**Charlotte, NC 28205** | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **CR Jolly**<br>**aka Rankin Jolly**<br>**144 Kipling Rd**<br>**Aiken, SC 29805** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Verde Leaf, Inc.** | Case number (if known) | **21-54489-LRC** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Cumbee Farms**<br>**PO Box 25**<br>**Monetta, SC 29105** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **EB Farms**<br>**11500 NW Hwy, Suite 440**<br>**Houston, TX 77092** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Inclusive Healthcare Group LLC**<br>**c/o Kevin Stuart Wiley Sr, Esq**<br>**325 N St. Paul St, Suite 2250**<br>**Dallas, TX 75201** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **KaDi Farms LLC**<br>**c/o Campbell Teague, LLC**<br>**16 W North St.**<br>**Greenville, SC 29601** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Peterson Farms of Barnwell LLC**<br>**c/o Harvey & Kulmala, LLC**<br>**PO Box 705**<br>**Barnwell, SC 29812** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **R B Tire & Auto Service Center**<br>**c/o Harvey & Kulmala, LLC**<br>**PO Box 705**<br>**Barnwell, SC 29812** | Line **3.70**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Russell Peterson**<br>**2650 Moore Rd**<br>**Barnwell, SC 29812** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **30,000.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **4,851,158.53** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **4,881,158.53** |

**Fill in this information to identify the case:**

Debtor name **Verde Leaf, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **21-54489-LRC**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **For prior year:** From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,009,351.03** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|
   | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Verde Leaf, Inc.** | Case number *(if known)* | **21-54489-LRC** |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Exhibit "B" attached hereto** | | **$0.00** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Inclusive Healthcare Group, LLC v. Verde Leaf, LLC** DC-21-03897 | **Breach of contract; Texas Deceptive Trade Practices Act** | **116th District Court 600 Commerce Street Suite 101 Dallas, TX 75202** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **KaDi Farms LLC v. Verde Leaf LLC** 2021CP4100078 | **Breach of contract** | **Court of Common Pleas - 11th Jud. Cir. 100 E. Church St, Suite 6 Saluda, SC 29138** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Willshire Farms, Inc. v. Verde Leaf, LLC, et al.** 20-CV-02783-ELR | **Collection** | **United States District Court - NDGA 75 Ted Turner Drive NW, #2211 Atlanta, GA 30303** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

| Debtor | **Verde Leaf, Inc.** | Case number *(if known)* | **21-54489-LRC** |

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Wright Law Alliance, P.C.**<br>**1244 Clairmont Road, Suite 222**<br>**P.O. Box 3576**<br>**Decatur, GA 30031** | **Filing Fee** | | **$338.00** |
| | Email or website address<br>**twlopc@earthlink.net** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **The Wright Law Alliance, P.C.**<br>**1244 Clairmont Road, Suite 222**<br>**P.O. Box 3576**<br>**Decatur, GA 30031** | **Attorney Fees** | | **$8,500.00** |
| | Email or website address<br>**twlopc@earthlink.net** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

| Debtor | **Verde Leaf, Inc.** | Case number *(if known)* **21-54489-LRC** |
|---|---|---|

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**  **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Verde Leaf, Inc.** | | Case number *(if known)* **21-54489-LRC** |
|---|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Rahsaan Jackson Garth<br>223 Caitlyn Dr<br>Hampton, GA 30228 | G.Peterson/RB Tire &<br>Auto Service Center<br>2770 SC Highway 70<br>Barnwell, SC 29812 | 2020 Dodge Ram 3500 | $60,000.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Verde Leaf, Inc.** | | Case number *(if known)* | **21-54489-LRC** |
|---|---|---|---|---|

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.    **Diversified Fin'l Mgmt Group
1201 Peachtree St NE
400 Colony Square, Suite 200
Atlanta, GA 30361** | **2019 - 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Diversified Fin'l Mgmt Group
1201 Peachtree St NE
400 Colony Square, Suite 200
Atlanta, GA 30361** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | **Verde Leaf, Inc.** | Case number *(if known)* | **21-54489-LRC** |

■ None

| **Name and address** |
|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carlton Rucker** | | **Class B Membership Units** | **1** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Kyendria Garth, MD** | | **Chairman & CEO** | **99%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **George Richie Peterson** | | **VP Farming Production** | **0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Ronda W. Flynn** | | **Chief Brand Officer** | **0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Dr. Octavia Wiseman** | | **VP Research & Development** | **0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Ather Brown, III** | | **VP Logistics** | **0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Dr. Shireda Howard** | | **CFO & General Counsel** | **0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Kelly S. Lonas** | | **Chief People Officer** | **0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Pricilla C. Agoncillo** | | **VP Mergers & Acquisitions** | **0** |

Debtor    **Verde Leaf, Inc.**                                          Case number *(if known)* **21-54489-LRC**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Terrance Ellis | | VP Transportation | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Jackson Garth | | VP Sales & Marketing | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Randall Alan Davis | 114 Shady Lane Cayce, SC 29033 | Chief Farming Officer | 1/2020 - 8/2020 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Tory Mosley | | President/Chief Strategy Officer/VP Transportation | 1/2020 - 11/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1. | See Exhibit "B" attached hereto | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|---------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor    **Verde Leaf, Inc.**                                         Case number *(if known)*  **21-54489-LRC**

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2021**

**/s/ Kyendria K. Garth, MD**                              **Kyendria K. Garth, MD**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chairman & CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Exhibit "B"

Payments to Insiders

| Date | Funds Given To | Memo | Amount | Reason Funds Given |
|------|----------------|------|--------|-------------------|
| 6/15/2020 | Torey Mosley | CHECK | 800.00 | Operations Consulting |
| 6/17/2020 | Kyendria Garth | CHECK | 7,500.00 | Expense reimbursement Jackson Garth |
| 6/17/2020 | Chrysler | PAYMENT CHRYSLER | 865.47 | company vehicle lease payment |
| 6/19/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,500.00 | Consulting |
| 6/19/2020 | Randy Davis | TELLER CASHED CHEC | 550.00 | Equipment reimbursement |
| 6/25/2020 | Randy Davis | TELLER CASHED CHEC | 2,382.00 | Expense reimbursement |
| 6/29/2020 | Kelly Lonas | TELLER CASHED CHEC | 500.00 | Consulting |
| 7/1/2020 | Torey Mosley | CHECK | 1,500.80 | Consulting |
| 7/2/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,500.00 | Consulting |
| 7/2/2020 | Kelly Lonas | TELLER CASHED CHEC | 500.00 | Consulting |
| 7/7/2020 | Kyendria Garth | CHECK | 2,000.00 | Payroll Jackson Garth |
| 7/7/2020 | Kyendria Garth | CHECK | 643.00 | Insurance reimbursement |
| 7/13/2020 | Priscilla Agoncillo | WIRE REF# 20200709 | 3,000.00 | Merger & Acquisitions Consulting |
| 7/13/2020 | Torey Mosley | CHECK | 1,000.00 | Consulting |
| 7/13/2020 | Jackson Garth | CHECK | 1,000.00 | Consulting |
| 7/14/2020 | Kelly Lonas | TELLER CASHED CHEC | 500.00 | Consulting |
| 7/15/2020 | Chrysler | ONLINE PAYMENT CH | 865.47 | company vehicle lease payment |
| 7/16/2020 | Chrysler | PAYMENT CHRYSLER | 865.47 | company vehicle lease payment |
| 7/17/2020 | Kelly Lonas | TELLER CASHED CHEC | 300.00 | Consulting |
| 7/17/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,500.00 | Consulting |
| 7/27/2020 | Ronda Flynn | 07-18-20 VISA DIRECT | 2,572.80 | Product creation/Branding |
| 7/27/2020 | Chrysler | ONLINE PAYMENT CH | 865.47 | company vehicle lease payment |
| 7/28/2020 | Kelly Lonas | TELLER CASHED CHEC | 500.00 | Consulting |
| 8/3/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,500.00 | Consulting |
| 8/4/2020 | Priscilla Agoncillo | WIRE REF# 20200803 | 3,000.00 | Consulting |
| 8/7/2020 | Kyendria Garth | CHECK | 3,000.00 | Consulting |
| 8/10/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,800.00 | Consulting |
| 8/14/2020 | Kelly Lonas | TELLER CASHED CHEC | 100.00 | Consulting |
| 8/17/2020 | Torey Mosley | CHECK | 1,500.00 | Consulting |
| 8/24/2020 | Kelly Lonas | TELLER CASHED CHEC | 500.00 | Consulting |
| 8/27/2020 | Torey Mosley | CHECK | 800.00 | Consulting |
| 8/31/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,600.00 | Consulting |
| 9/3/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,500.00 | Consulting |
| 9/8/2020 | Kelly Lonas | TELLER CASHED CHEC | 500.00 | Consulting |
| 9/14/2020 | Kyendria Garth | CHECK | 1,000.00 | Insurance reimbursement |
| 9/17/2020 | Torey Mosley | CHECK | 700.00 | Consulting |
| 9/18/2020 | Kelly Lonas | TELLER CASHED CHEC | 500.00 | Consulting |
| 9/18/2020 | Jackson Garth | ONLINE PAYMENT CH | 865.47 | company vehicle lease payment |
| 9/22/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,500.00 | Consulting |
| 9/22/2020 | Kyendria Garth | CHECK | 621.35 | Insurance reimbursement |
| 9/22/2020 | Jackson Garth | TELLER CASHED CHEC | 500.00 | Consulting |
| 10/1/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,100.00 | Consulting |
| 10/1/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,600.00 | Consulting |
| 10/2/2020 | Kelly Lonas | TELLER CASHED CHEC | 500.00 | Consulting |
| 10/6/2020 | Jackson Garth | TELLER CASHED CHEC | 700.00 | Consulting |
| 10/6/2020 | Kyendria Garth | CHECK | 1,000.00 | Insurance reimbursement |

Exhibit "B"

Payments to Insiders

| Date | Name | Type | Amount | Description |
|------|------|------|--------|-------------|
| 10/13/2020 | Torey Mosley | CHECK | 1,500.00 | Consulting |
| 10/13/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,500.00 | Consulting |
| 10/14/2020 | Torey Mosley | SE ATL-STOCKBRIDGE | 300.00 | Consulting |
| 10/15/2020 | Kelly Lonas | TELLER CASHED CHEC | 500.00 | Consulting |
| 10/15/2020 | Kelly Lonas | CHECK | 500.00 | Consulting |
| 10/16/2020 | Torey Mosley | WIRE REF# 20201015 | 2,000.00 | Operations Consulting |
| 10/22/2020 | Jackson Garth | ONLINE PAYMENT CH | 865.47 | company vehicle lease payment |
| 10/26/2020 | TK Trucking | WIRE REF# 20201022 | 7,500.00 | Loan repayment |
| 10/26/2020 | Kelly Lonas | WIRE REF# 20201023 | 1,500.00 | HR Consulting |
| 10/29/2020 | Torey Mosley | WIRE REF# 20201026 | 4,000.00 | Security Consulting |
| 10/30/2020 | Jackson Garth | TELLER CASHED CHEC | 300.00 | Consulting |
| 10/30/2020 | Kelly Lonas | TELLER CASHED CHEC | 1,500.00 | Consulting |
| 10/30/2020 | Jackson Garth | TELLER CASHED CHEC | 400.00 | Consulting |
| 11/5/2020 | Torey Mosley | WIRE REF# 20201030 | 2,000.00 | Security Consulting |
| 11/6/2020 | Kelly Lonas | WIRE REF# 20201106 | $500.00 | Operations Consulting |
| 11/9/2020 | Jackson Garth | ONLINE PAYMENT CH | $865.47 | company vehicle lease payment |
| 11/19/2020 | Kelly Lonas | WIRE REF# 20201116 | $800.00 | Operations Consulting |
| 11/19/2020 | Kelly Lonas | WIRE REF# 20201119 | $700.00 | Operations Consulting |
| 11/20/2020 | Torey Mosley | WIRE REF# 20201119 | $1,000.00 | Security Consulting |
| 12/3/2020 | Kelly Lonas | TELLER CASHED CHEC | $500.00 | Operations Consulting |
| 12/11/2020 | Kelly Lonas | WIRE REF# 20201127 | $500.00 | Operations Consulting |
| 12/18/2020 | Kelly Lonas | TELLER CASHED CHEC | $1,700.00 | Operations Consulting |
| 12/22/2020 | Kelly Lonas | TELLER CASHED CHEC | $1,300.00 | Operations Consulting |
| 12/23/2020 | Jackson Garth | ONLINE PAYMENT CH | $865.47 | company vehicle lease payment |
| 12/29/2020 | Kelly Lonas | TELLER CASHED CHEC | $600.00 | Operations Consulting |
| 12/29/2020 | Kelly Lonas | TELLER CASHED CHEC | $500.00 | Operations Consulting |
| 1/20/2021 | Kelly Lonas | TELLER CASHED CHEC | $1,600.00 | Operations Consulting |
| 2/1/2021 | Kelly Lonas | TELLER CASHED CHEC | $600.00 | Operations Consulting |
| 2/2/2021 | Jackson Garth | ONLINE PAYMENT CH | $865.47 | company vehicle lease payment |
| 2/5/2021 | Kelly Lonas | TELLER CASHED CHEC | $500.00 | Operations Consulting |
| 2/5/2021 | Kyendria Garth | CHECK 617 | $1,100.00 | C'Card Reimbursement Jackson Garth |
| 2/8/2021 | Kelly Lonas | WIRE REF# 20210205 | $600.00 | Operations Consulting |
| 2/19/2021 | Kelly Lonas | TELLER CASHED CHEC | $150.00 | Operations Consulting |
| 3/15/2021 | Jackson Garth | ONLINE PAYMENT CH | $865.47 | company vehicle lease payment |
| 3/19/2021 | Kelly Lonas | TELLER CASHED CHEC | $600.00 | Operations Consulting |
| 3/29/2021 | Kelly Lonas | TELLER CASHED CHEC | $1,900.00 | Operations Consulting |
| 3/29/2021 | Kelly Lonas | TELLER CASHED CHEC | $300.00 | Operations Consulting |

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Verde Leaf, Inc.**
                            Debtor(s)

Case No.   **21-54489-LRC**

Chapter   **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman & CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Summary of Assets and Liabilities, Schedule A/B, Schedule E/F, Statement of Financial Affairs, consisting of __**35**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **July 12, 2021**
                    Signature   **/s/ Kyendria K. Garth, MD**
                                                      **Kyendria K. Garth, MD**
                                                            **Chairman & CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## CERTIFICATE OF SERVICE

I, Angelyn M. Wright, certify that I am over the age of 18 years and that I have on this date electronically filed the foregoing document using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Vanessa A. Leo, Office of the United States Trustee, ustpregion21.at.ecf@usdoj.gov, Vanessa.A.Leo@usdoj.gov

Jason L. Pettie, Chapter 7 Trustee, trustee@jasonpettie.com, GA25@ecfcbis.com;jp@trustesolutions.net

Office of the United States Trustee, ustpregion21.at.ecf@usdoj.gov

I further certify that on July 13, 2021, I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid on the following persons or entities at the addresses stated who have not agreed to electronic service.

Hays Financial Consulting, LLC
S. Gregory Hays
2964 Peachtree Road NW
Suite 555
Atlanta, Ga 30305-2153

Verde Leaf, Inc.
400 W Peachtree St, NW
Suite 4-952
Atlanta, GA 30308-3536

I further certify that pursuant to Local Rule 9007-2(d) that I have this day served all creditors added by amendment with all Notices previously served on all other creditors and interested parties.

This 13th day of July, 2021.

/s/ Angelyn M. Wright
Angelyn M. Wright
Georgia Bar No. 777662
*Attorney for Debtor*

THE WRIGHT LAW ALLIANCE, P.C.
1244 Clairmont Road, Suite 222
P.O. Box 3576
Decatur, GA 30031
(404) 373-9933
twlopc@earthlink.net

SUPPLEMENTAL CREDITOR MATRIX
VERDE LEAF, INC.,
CASE NO. 21-54489-LRC

Arthur Williams
175 Agnes Williams Ln
Baxley, GA 31513

Brightsville Cotton Company
aka Bennettsville Cotton Co.
588 Antioch Church Rd
Bennettsville, SC 29512

Burnell Farm
862 Joe Findley Rd
Royston, GA 30662

Calamus Farms LLC
c/o U.S. Corporation Agents
1591 Savannah Hwy, Suite 201
Charleston, SC 29407

Carlton Rucker
PO Box 1198
Lancaster, SC 29721

Carlton Rucker
PO Box 906
Lancaster, SC 29721

Cecil Farms Inc.
1113 Liberty Rd
Archdale, NC 27263

Central Processor
100 Intrepid Lane, Suite B
Syracuse, NY 13205

Cloud Agriculture, Inc.
3854 Providence Rd
Kershaw, SC 29067

CR Jolly
aka Rankin Jolly
144 Kipling Rd
Aiken, SC 29805

Cumbee Farms
c/o William L Rawl, Jr.
140 Whiteford Way
Lexington, SC 29072

Cumbee Farms
PO Box 25
Monetta, SC 29105

Danny Cecil
1113 Liberty Rd
Archdale, NC 27263

EB Farms
11500 NW Hwy, Suite 440
Houston, TX 77092

George "Kenny" Ison
8543 Zebulon Rd
Molena, GA 30258

George Howell
8543 Zebulon Rd
Molena, GA 30258

James E Jefferson
1519 Liberty Expressway SE
Albany, GA 31075

Jefferson's Ponderosa Farms
1519 Liberty Expressway SE
Albany, GA 31075

Lewis Walker
3750 Wedgefield Rd
Sumter, SC 29154

Mercy Farms LLC
c/o Vincent A. Patterson
290 Acton Court
Columbia, SC 29212

Michael Carter
175 Agnes Williams Ln
Baxley, GA 31513

Michael Cumbee
201 Holston St
Monetta, SC 29105


Terrence Simon
8543 Zebulon Rd
Molena, GA 30258


Trace LLC
ATTN:  Josh Decatur, CEO
PO Box 863
Burlington, VT 05402


VAP Industries, LLC
c/o Vincent A. Patterson
209 Acton Court
Columbia, SC 29212


Vineyard Property LLC
515 Chase Drive
Fayetteville, GA 30214


Walker Boston Farms
3750 Wedgefield Rd
Sumter, SC 29154


Willshire Farms, Inc.
c/o William T. Bull
241 Planter's Trace
Santee, SC 29142