IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-54489-LRC |
| | ) | |
| VERDE LEAF, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF RESCHEDULED MEETING OF CREDITORS**

**PLEASE TAKE NOTICE** that the section 341 meeting of creditors in this case has been rescheduled to August 23, 2021, at 4:00 p.m.

The meeting will be conducted via Zoom. To attend, enter Meeting ID: 88045564477 or use the below listed link.[1]  To access the Zoom website and join this meeting, go to https://zoom.us/join. Further instructions on joining this meeting may be found at https://support.zoom.us/hc/en-us/articles/201362193-Joining-a-meeting. Alternatively, creditors may participate by telephone by dialing 301-715-8592 and entering 88045564477#, when prompted for the participation code.

In accordance with 11 U.S.C. § 343, debtors must appear at the Meeting of Creditors and submit to examination under oath. If debtors fail to appear at the rescheduled Meeting of Creditors, the case may be dismissed.

Dated: August 9, 2021.

*/s/ Jason L. Pettie*
Jason L. Pettie, Chapter 7 Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, GA 30316
(404) 638-5984
trustee@jasonpettie.com

---

[1] You may use the following link to attend the meeting:
https://us02web.zoom.us/j/88045564477