FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No.: 1

| Case No.: | 21-54489 | | | Trustee Name: | Jason L. Pettie |
| Case Name: | VERDE LEAF, INC. | | | Date Filed (f) or Converted (c): | 06/12/2021 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 07/14/2021 |
| | | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | WestTown Bank & Trust Checking 8619 | $2,900.00 | $2,900.00 | | $2,900.00 | FA |
| 2 | BB&T (Balance: -$235.00) Checking 5236 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Lease deposit paid to Shields Land Co of Georgia LLC for warehouse space | $14,000.00 | $14,000.00 | | $0.00 | FA |
| 4 | Accounts receivable Over 90 days old: 50,000.00 face amount - 0.00 doubtful or uncollectible accounts = $50,000.00 | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 5 | Finished goods, including goods held for resale Hemp oil (30 liters @ $300/liter) (in possession of Primas Processing LLC, 7221 Montevideo Rd, Unit 200, Jessup, MD 20794) 4/1/2021 $0.00 Liquidation | $9,000.00 | $9,000.00 | | $0.00 | FA |
| 6 | Crops-either planted or harvested Harvested hemp crop in the possession of Russell Peterson/George Richie Peterson/R B Tire & Auto Service Center $0.00 Liquidation | $76,000.00 | $76,000.00 | OA | $0.00 | FA |
| 7 | Hemp crops in the possession of farmers shown on Exhibit "A" $0.00 Liquidation | Unknown | $1.00 | | $0.00 | FA |
| 8 | Farm machinery and equipment (Other than titled motor vehicles) TR 6075 4WD Cab PST Tractor (in the possession of George Richie Peterson/R B Tire & Auto Service Center) $0.00 Liquidation | $38,000.00 | $6,060.00 | | $0.00 | FA |
| Asset Notes: | already repossessed by lienholder | | | | | |
| 9 | Rain-flo Mulch Layer and Transplanter (in the possession of George Richie Peterson/R B Tire & Auto Service Center) $0.00 Liquidation | $3,000.00 | $0.00 | | $0.00 | FA |
| 10 | Gooseneck trailer (in the possession of George Richie Peterson/R B Tire & Auto Service Center) $0.00 Liquidation | $6,000.00 | $6,000.00 | | $0.00 | FA |
| 11 | 2004 Chevrolet Silverado 2500 Other Information: (in the possession of George Richie Peterson/R B Tire & Auto Service Center) | $4,000.00 | $4,000.00 | | $0.00 | FA |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 21-54489 | | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|---|
| Case Name: | VERDE LEAF, INC. | | | Date Filed (f) or Converted (c): | 06/12/2021 (f) |
| For the Period Ending: | 09/30/2022 | | | §341(a) Meeting Date: | 07/14/2021 |
| | | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 12 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Pallet Fork 48" 5000 lb (in the possession of George Richie Peterson/R B Tire & Auto Service Center) $0.00 Liquidation | $500.00 | $500.00 | | $0.00 | FA |
| 13 | Licenses, franchises, and royalties Hemp license processing issued by State of Georgia (non-transferrable) $0.00 Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Causes of action against third parties (whether or not a lawsuit has been filed) Debtor provided $30,000 for production of hemp "dip" but product never made Alpine Hemp Group, 17494 Powers Creek Loop Rd NE, Silverton, OR 97381; Marocom Management Corp, 6991 E Ironwood Dr, Paradise Valley, AZ 85253 $30,000.00 Nature of claim Collection Amount requested | $30,000.00 | $30,000.00 | | $30,000.00 | FA |
| 15 | potential avoidable transfer claims                (u) | $150,000.00 | $150,000.00 | | $0.00 | $150,000.00 |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $383,400.00 | $348,461.00 | | $32,900.00 | $150,000.00 |

**Major Activities affecting case closing:**

| 09/15/2022 | Trustee is investigating preferential transfers and anticipates filing an adversary proceeding. Trustee is also investigating a potentially avoidable fraudulent transfer from a transfer made by the debtor that was not properly authorized. Trustee has not set a claims deadline at this point, because a distribution will largely be dependent on the outcome of anticipated litigation. |
|---|---|
| 09/30/2021 | Trustee is working with accountant to gather business records and assess estate's potential claims. |

| **Initial Projected Date Of Final Report (TFR):** | 12/30/2022 | **Current Projected Date Of Final Report (TFR):** | 06/30/2023 | /s/ JASON L. PETTIE |
|---|---|---|---|---|
| | | | | JASON L. PETTIE |

**FORM 2**
Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-54489 | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | VERDE LEAF, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1893 | Checking Acct #: | ******4489 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/19/2021 | (1) | West Town Bank & Trust | check rec'd from closed account | 1129-000 | $2,900.00 | | $2,900.00 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1.60 | $2,898.40 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.22 | $2,894.18 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.22 | $2,889.96 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.21 | $2,885.75 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.20 | $2,881.55 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.20 | $2,877.35 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.19 | $2,873.16 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.18 | $2,868.98 |
| 03/24/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $2,868.98 | $0.00 |

|  |  | | |
|---|---|---|---|
| TOTALS: | | $2,900.00 | $2,900.00 | $0.00 |
| Less: Bank transfers/CDs | | $0.00 | $2,868.98 | |
| Subtotal | | $2,900.00 | $31.02 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| Net | | $2,900.00 | $31.02 | |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 07/19/2021 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $2,900.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $2,900.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20.98 | Total Compensable Disbursements: | $31.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20.98 | Total Comp/Non Comp Disbursements: | $31.02 |
| Total Internal/Transfer Disbursements: | $2,868.98 | Total Internal/Transfer Disbursements: | $2,868.98 |

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No. | 21-54489 | | Trustee Name: | Jason L. Pettie |
| Case Name: | VERDE LEAF, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1893 | | Checking Acct #: | ******0015 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $2,868.98 | | $2,868.98 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.12 | $2,864.86 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.25 | $2,860.61 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.11 | $2,856.50 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.24 | $2,852.26 |
| 08/24/2022 | (14) | Alpine Hemp Group | refund from Alpine Hemp Group | 1129-000 | $30,000.00 | | $32,852.26 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.30 | $32,837.96 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $47.23 | $32,790.73 |
| | | | **TOTALS:** | | $32,868.98 | $78.25 | $32,790.73 |
| | | | Less: Bank transfers/CDs | | $2,868.98 | $0.00 | |
| | | | **Subtotal** | | $30,000.00 | $78.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $30,000.00 | $78.25 | |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 03/24/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $2,868.98 | Total Internal/Transfer Receipts: | $2,868.98 |
| | | | |
| Total Compensable Disbursements: | $78.25 | Total Compensable Disbursements: | $78.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $78.25 | Total Comp/Non Comp Disbursements: | $78.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 21-54489 | |
| Case Name: | VERDE LEAF, INC. | |
| Primary Taxpayer ID #: | **-***1893 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2021 | |
| For Period Ending: | 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | Jason L. Pettie |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0015 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $40,160,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $32,900.00 | $109.27 | $32,790.73 |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 03/24/2022 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $32,900.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $32,900.00 |
| Total Internal/Transfer Receipts: | $2,868.98 | Total Internal/Transfer Receipts: | $2,868.98 |
| Total Compensable Disbursements: | $99.23 | Total Compensable Disbursements: | $109.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $99.23 | Total Comp/Non Comp Disbursements: | $109.27 |
| Total Internal/Transfer Disbursements: | $2,868.98 | Total Internal/Transfer Disbursements: | $2,868.98 |

/s/ JASON L. PETTIE

JASON L. PETTIE