UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-54489-LRC |
| | § | |
| VERDE LEAF, INC. | § | Chapter 7 |
| | § | |
| | § | |
| Debtor. | § | |

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Jason L. Pettie, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation. The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

1340 Richard Russell Federal Bldg., 75 Ted Turner Drive SW, Atlanta, GA 30303

Pursuant to Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files an objection within **twenty-one (21) days** from the date of service of this notice. Any person wishing to object to the Motion must timely file an objection with the Bankruptcy Clerk at the following address: *Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Dr., S.W., Atlanta, Georgia 30303*, and must serve a copy on the trustee at the following address: Jason L. Pettie, Taylor English Duma, LLP, 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339, and any other appropriate persons by the objection deadline. The response or objection must explain your position and must be actually received by the Bankruptcy Clerk within the required time.

**PLEASE TAKE NOTICE** that the Court will hold a hearing on this matter at 10:10 a.m. on April 11, 2024 in Courtroom 1204, United States Courthouse, 75 Ted Turner Dr., S.W., Atlanta, Georgia, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Haring Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, *www.ganb.uscourts.gov*, or the link on the judge's webpage, which can also be found on the Court's Website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order is entered approving the relief requested at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the

UST Form 101-7-NFR (10/1/2010)

motion prior to the hearing, the hearing will be held as scheduled. Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:    3/05/2024                                By:    /s/ Jason L. Pettie
                                                                Trustee

Jason L. Pettie
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-54489-LRC |
| | § | |
| VERDE LEAF, INC. | § | Chapter 7 |
| | § | |
| | § | |
| Debtor. | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $32,900.00 |
| *and approved disbursements of* | $268.42 |
| *leaving a balance on hand of[1]:* | $32,631.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|---:|
| 12b | LAI Commercial Leasing & Sales | $10,000.00 | $10,000.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $32,631.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Jason L. Pettie, Trustee Fees | $2,466.65 | $0.00 | $2,466.65 |
| Jason L. Pettie, Trustee Expenses | $83.25 | $0.00 | $83.25 |
| Hays Financial Consulting LLC, Accountant for Trustee Fees | $30,000.00 | $0.00 | $30,000.00 |
| Hays Financial Consulting LLC, Accountant for Trustee Expenses | $81.68 | $0.00 | $81.68 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Total to be paid for chapter 7 administrative expenses: $32,631.58
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $17,775.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12a | LAI Commercial Leasing & Sales | $2,775.00 | $0.00 | $0.00 |
| 25 | Jefferson's Ponderosa Fars LLC | $15,000.00 | $0.00 | $0.00 |

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,474,955.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Inclusive Healthcare Group, LLC | $900,000.00 | $0.00 | $0.00 |
| 2 | Mr. Donnie L. Cochran | $169,873.69 | $0.00 | $0.00 |
| 3 | Mr. Donnie L. Cochran | $169,873.69 | $0.00 | $0.00 |
| 4 | WILLIAM L. RAWL JR CPA | $5,457.50 | $0.00 | $0.00 |
| 5 | Emanuel Williams | $7,920.00 | $0.00 | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 6 | Tamie Burnell | $697,000.00 | $0.00 | $0.00 |
| 7 | Ivan Kelly | $62,784.00 | $0.00 | $0.00 |
| 8 | Charles Crable | $97,900.00 | $0.00 | $0.00 |
| 9 | Jennifer Boston | $54,680.00 | $0.00 | $0.00 |
| 10 | Lewis Walker | $10.00 | $0.00 | $0.00 |
| 11 | Walker Boston Farms | $10.00 | $0.00 | $0.00 |
| 12c | LAI Commercial Leasing & Sales | $117,225.00 | $0.00 | $0.00 |
| 13 | Ruth Bennett | $18,240.00 | $0.00 | $0.00 |
| 14 | R B Tire & Auto Service Center LLC | $9,227.00 | $0.00 | $0.00 |
| 15 | Peterson Farms | $494,016.00 | $0.00 | $0.00 |
| 16 | Peterson Farms | $174,401.00 | $0.00 | $0.00 |
| 17 | Peterson Farms | $206,446.00 | $0.00 | $0.00 |
| 18 | Calamus Farms LLC | $433,436.82 | $0.00 | $0.00 |
| 19 | Dea Thomas | $28,752.07 | $0.00 | $0.00 |
| 20 | Ruth Bennett | $18,240.00 | $0.00 | $0.00 |
| 21 | I.S.H. Farms | $405,750.00 | $0.00 | $0.00 |
| 22 | Trish Anderson aka Patricia Anderson | $67,450.00 | $0.00 | $0.00 |
| 23 | Raymond Maple | $53,720.00 | $0.00 | $0.00 |
| 24 | Jesse Walker | $10,800.00 | $0.00 | $0.00 |
| 25a | Jefferson's Ponderosa Fars LLC | $135,000.00 | $0.00 | $0.00 |
| 26 | KaDi Farms LLC | $90,813.76 | $0.00 | $0.00 |
| 27 | Buds Farm | $231,840.00 | $0.00 | $0.00 |
| 28 | Jerry Butler | $145,000.00 | $0.00 | $0.00 |
| 29 | Carolina Green Farms | $39,441.00 | $0.00 | $0.00 |
| 30 | William Cooper Lee dba Brightsville Cotton Company | $330,000.00 | $0.00 | $0.00 |
| 31 | Sylvia Patterson | $52,264.00 | $0.00 | $0.00 |
| 32 | VAP Industries, LLC | $21,231.11 | $0.00 | $0.00 |
| 33 | Jolly Farms, LLC | $175,260.00 | $0.00 | $0.00 |
| 34 | Mahindra Finance USA LLC | $4,752.37 | $0.00 | $0.00 |
| 35 | Cumbee Farms | $46,140.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $101,415.48 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 36 | The Straight Arrow Hemp Company | $50,707.74 | $0.00 | $0.00 |
| 37 | The Straight Arrow Hemp Company1554 | $50,707.74 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Jason L. Pettie
Trustee

Jason L. Pettie
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)