**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 21-54489-LRC |
| | § | |
| VERDE LEAF, INC. | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Jason L. Pettie, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $346,500.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $32,900.00 | | |

3)      Total gross receipts of $32,900.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $32,900.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $51,956.25 | $32,900.00 | $32,900.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $17,775.00 | $17,775.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $5,576,370.49 | $5,576,370.49 | $0.00 |
| **Total Disbursements** | $0.00 | $5,656,101.74 | $5,637,045.49 | $32,900.00 |

4). This case was originally filed under chapter 7 on 06/12/2021. The case was pending for 40 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/03/2024</u>        By:   <u>/s/ Jason L. Pettie</u>
                                          Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Causes of action against third parties (whether or not a lawsuit has been filed) Debtor provided $30,000 for production | 1121-000 | $30,000.00 |
| WestTown Bank & Trust Checking 8619 | 1129-000 | $2,900.00 |
| **TOTAL GROSS RECEIPTS** | | $32,900.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12b | LAI Commercial Leasing & Sales | 4210-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $10,000.00 | $10,000.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $2,466.65 | $2,466.65 | $2,466.65 |
| Claim Amount, Trustee | 2200-000 | NA | $83.25 | $83.25 | $83.25 |
| International Sureties, Ltd | 2300-000 | NA | $16.30 | $16.30 | $16.30 |
| Independent Bank | 2600-000 | NA | $31.02 | $31.02 | $31.02 |
| Pinnacle Bank | 2600-000 | NA | $221.10 | $221.10 | $221.10 |
| Claim Amount, Accountant for Trustee | 3410-000 | NA | $49,056.25 | $30,000.00 | $30,000.00 |
| Claim Amount, Accountant for Trustee | 3420-000 | NA | $81.68 | $81.68 | $81.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $51,956.25 | $32,900.00 | $32,900.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12a | LAI Commercial Leasing & Sales | 5600-000 | $0.00 | $2,775.00 | $2,775.00 | $0.00 |
| 25 | Jefferson's Ponderosa Fars LLC | 5300-000 | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $17,775.00 | $17,775.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Inclusive Healthcare Group, LLC | 7100-000 | $0.00 | $900,000.00 | $900,000.00 | $0.00 |
| 2 | Mr. Donnie L. Cochran | 7100-000 | $0.00 | $169,873.69 | $169,873.69 | $0.00 |
| 3 | Mr. Donnie L. Cochran | 7100-000 | $0.00 | $169,873.69 | $169,873.69 | $0.00 |
| 4 | WILLIAM L. RAWL JR CPA | 7100-000 | $0.00 | $5,457.50 | $5,457.50 | $0.00 |
| 5 | Emanuel Williams | 7100-000 | $0.00 | $7,920.00 | $7,920.00 | $0.00 |
| 6 | Tamie Burnell | 7100-000 | $0.00 | $697,000.00 | $697,000.00 | $0.00 |
| 7 | Ivan Kelly | 7100-000 | $0.00 | $62,784.00 | $62,784.00 | $0.00 |
| 8 | Charles Crable | 7100-000 | $0.00 | $97,900.00 | $97,900.00 | $0.00 |
| 9 | Jennifer Boston | 7100-000 | $0.00 | $54,680.00 | $54,680.00 | $0.00 |
| 10 | Lewis Walker | 7100-000 | $0.00 | $10.00 | $10.00 | $0.00 |
| 11 | Walker Boston Farms | 7100-000 | $0.00 | $10.00 | $10.00 | $0.00 |
| 12c | LAI Commercial Leasing & Sales | 7100-000 | $0.00 | $117,225.00 | $117,225.00 | $0.00 |
| 13 | Ruth Bennett | 7100-000 | $0.00 | $18,240.00 | $18,240.00 | $0.00 |
| 14 | R B Tire & Auto Service Center LLC | 7100-000 | $0.00 | $9,227.00 | $9,227.00 | $0.00 |
| 15 | Peterson Farms | 7100-000 | $0.00 | $494,016.00 | $494,016.00 | $0.00 |
| 16 | Peterson Farms | 7100-000 | $0.00 | $174,401.00 | $174,401.00 | $0.00 |
| 17 | Peterson Farms | 7100-000 | $0.00 | $206,446.00 | $206,446.00 | $0.00 |
| 18 | Calamus Farms LLC | 7100-000 | $0.00 | $433,436.82 | $433,436.82 | $0.00 |
| 19 | Dea Thomas | 7100-000 | $0.00 | $28,752.07 | $28,752.07 | $0.00 |
| 20 | Ruth Bennett | 7100-000 | $0.00 | $18,240.00 | $18,240.00 | $0.00 |
| 21 | I.S.H. Farms | 7100-000 | $0.00 | $405,750.00 | $405,750.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| 22 | Trish Anderson aka Patricia Anderson | 7100-000 | $0.00 | $67,450.00 | $67,450.00 | $0.00 |
|---|---|---|---|---|---|---|
| 23 | Raymond Maple | 7100-000 | $0.00 | $53,720.00 | $53,720.00 | $0.00 |
| 24 | Jesse Walker | 7100-000 | $0.00 | $10,800.00 | $10,800.00 | $0.00 |
| 25a | Jefferson's Ponderosa Fars LLC | 7100-000 | $0.00 | $135,000.00 | $135,000.00 | $0.00 |
| 26 | KaDi Farms LLC | 7100-000 | $0.00 | $90,813.76 | $90,813.76 | $0.00 |
| 27 | Buds Farm | 7100-000 | $0.00 | $231,840.00 | $231,840.00 | $0.00 |
| 28 | Jerry Butler | 7100-000 | $0.00 | $145,000.00 | $145,000.00 | $0.00 |
| 29 | Carolina Green Farms | 7100-000 | $0.00 | $39,441.00 | $39,441.00 | $0.00 |
| 30 | William Cooper Lee dba Brightsville Cotton Company | 7100-000 | $0.00 | $330,000.00 | $330,000.00 | $0.00 |
| 31 | Sylvia Patterson | 7100-000 | $0.00 | $52,264.00 | $52,264.00 | $0.00 |
| 32 | VAP Industries, LLC | 7100-000 | $0.00 | $21,231.11 | $21,231.11 | $0.00 |
| 33 | Jolly Farms, LLC | 7100-000 | $0.00 | $175,260.00 | $175,260.00 | $0.00 |
| 34 | Mahindra Finance USA LLC | 7100-000 | $0.00 | $4,752.37 | $4,752.37 | $0.00 |
| 35 | Cumbee Farms | 7100-000 | $0.00 | $46,140.00 | $46,140.00 | $0.00 |
| 36 | The Straight Arrow Hemp Company | 7200-000 | $0.00 | $50,707.74 | $50,707.74 | $0.00 |
| 37 | The Straight Arrow Hemp Company1554 | 7200-000 | $0.00 | $50,707.74 | $50,707.74 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $5,576,370.49 | $5,576,370.49 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   1        Exhibit 8

| Case No.: | 21-54489-LRC | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | VERDE LEAF, INC. | Date Filed (f) or Converted (c): | 06/12/2021 (f) |
| For the Period Ending: | 10/3/2024 | §341(a) Meeting Date: | 07/14/2021 |
| | | Claims Bar Date: | 03/27/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | WestTown Bank & Trust Checking 8619 | $2,900.00 | $2,900.00 | | $2,900.00 | FA |
| 2 | BB&T (Balance: -$235.00) Checking 5236 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Lease deposit paid to Shields Land Co of Georgia LLC for warehouse space | $14,000.00 | $14,000.00 | | $0.00 | FA |
| 4 | Accounts receivable Over 90 days old: 50,000.00 face amount - 0.00 doubtful or uncollectible accounts = $50,000.00 | $50,000.00 | $50,000.00 | | $0.00 | FA |
| 5 | Finished goods, including goods held for resale Hemp oil (30 liters @ $300/liter) (in possession of Primas Processing LLC, 7221 Montevideo Rd, Unit 200, Jessup, MD 20794) 4/1/2021 $0.00 Liquidation | $9,000.00 | $9,000.00 | | $0.00 | FA |
| 6 | Crops-either planted or harvested Harvested hemp crop in the possession of Russell Peterson/George Richie Peterson/R B Tire & Auto Service Center $0.00 Liquidation | $76,000.00 | $76,000.00 | OA | $0.00 | FA |
| 7 | Hemp crops in the possession of farmers shown on Exhibit "A" $0.00 Liquidation | Unknown | $1.00 | OA | $0.00 | FA |
| Asset Notes:   #53 - 11/24/2021 - Trustee's Notice of Abandonment of Property (harvested hemp crop in South Carolina) filed by Trustee. | | | | | | |
| 8 | Farm machinery and equipment (Other than titled motor vehicles) TR 6075 4WD Cab PST Tractor (in the possession of George Richie Peterson/R B Tire & Auto Service Center) $0.00 Liquidation | $38,000.00 | $6,060.00 | | $0.00 | FA |
| Asset Notes:   already repossessed by lienholder | | | | | | |
| 9 | Rain-flo Mulch Layer and Transplanter (in the possession of George Richie Peterson/R B Tire & Auto Service Center) $0.00 Liquidation | $3,000.00 | $0.00 | | $0.00 | FA |
| 10 | Gooseneck trailer (in the possession of George Richie Peterson/R B Tire & Auto Service Center) $0.00 Liquidation | $6,000.00 | $6,000.00 | | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 21-54489-LRC | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | VERDE LEAF, INC. | Date Filed (f) or Converted (c): | 06/12/2021 (f) |
| For the Period Ending: | 10/3/2024 | §341(a) Meeting Date: | 07/14/2021 |
| | | Claims Bar Date: | 03/27/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 11 | VOID BY AMENDMENT (2004 Chevrolet Silverado 2500 Other Information: (in the possession of George Richie Peterson/R B Tire & Auto Service Center)) | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Pallet Fork 48" 5000 lb (in the possession of George Richie Peterson/R B Tire & Auto Service Center) $0.00 Liquidation | $500.00 | $500.00 | | $0.00 | FA |
| 13 | Licenses, franchises, and royalties Hemp license processing issued by State of Georgia (non-transferrable) $0.00 Liquidation | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Causes of action against third parties (whether or not a lawsuit has been filed) Debtor provided $30,000 for production of hemp "dip" but product never made Alpine Hemp Group, 17494 Powers Creek Loop Rd NE, Silverton, OR 97381; Marocom Management Corp, 6991 E Ironwood Dr, Paradise Valley, AZ 85253 $30,000.00 Nature of claim Collection Amount requested | $30,000.00 | $30,000.00 | | $30,000.00 | FA |
| 15 | potential avoidable transfer claims **(u)** | $150,000.00 | $150,000.00 | | $0.00 | FA |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | $379,400.00 | $344,461.00 | | $32,900.00 | $0.00 |

**Major Activities affecting case closing:**

Trustee's accountant is attempting to finalize the estate's tax return, and accountant has requested additional information regarding the Debtor's filing status - specifically whether the debtor (which started as an LLC requested a status change the IRS when the Debtor changed to a corporation). Debtor never filed tax returns, and the estate's return will be the Debtor's first and final return. Once tax issue is resolved, Trustee will be able to submit TFR

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   3          Exhibit 8

| | |
|---|---|
| **Case No.:** 21-54489-LRC | **Trustee Name:** Jason L. Pettie |
| **Case Name:** VERDE LEAF, INC. | **Date Filed (f) or Converted (c):** 06/12/2021 (f) |
| **For the Period Ending:** 10/3/2024 | **§341(a) Meeting Date:** 07/14/2021 |
| | **Claims Bar Date:** 03/27/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Trustee is investigating preferential transfers and anticipates filing an adversary proceeding.  Trustee is also investigating a potentially avoidable fraudulent transfer from a transfer made

by the debtor that was not properly authorized.  Trustee has not set a claims deadline at this point, because a distribution will largely be dependent on the outcome of anticipated

litigation.

Trustee is working with accountant to gather business records and assess estate's potential claims.

**Initial Projected Date Of Final Report (TFR):**   12/30/2022          **Current Projected Date Of Final Report (TFR):**   11/30/2023          /s/ JASON L. PETTIE

JASON L. PETTIE

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 21-54489-LRC | |
| **Case Name:** | VERDE LEAF, INC. | |
| **Primary Taxpayer ID #:** | **-***1893 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/12/2021 | |
| **For Period Ending:** | 10/3/2024 | |

| | | |
|---|---|---|
| **Trustee Name:** | Jason L. Pettie |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******4489 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $40,160,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 07/19/2021 | (1) | West Town Bank & Trust | check rec'd from closed account | 1129-000 | $2,900.00 | | $2,900.00 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $1.60 | $2,898.40 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.22 | $2,894.18 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.22 | $2,889.96 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.21 | $2,885.75 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.20 | $2,881.55 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.20 | $2,877.35 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.19 | $2,873.16 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $4.18 | $2,868.98 |
| 03/24/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $2,868.98 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $2,900.00 | $2,900.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $2,868.98 | |
| **Subtotal** | $2,900.00 | $31.02 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $2,900.00 | $31.02 | |

| **For the period of 6/12/2021 to 10/3/2024** | | **For the entire history of the account between 07/19/2021 to 10/3/2024** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,900.00 | Total Compensable Receipts: | $2,900.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,900.00 | Total Comp/Non Comp Receipts: | $2,900.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $31.02 | Total Compensable Disbursements: | $31.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $31.02 | Total Comp/Non Comp Disbursements: | $31.02 |
| Total Internal/Transfer Disbursements: | $2,868.98 | Total Internal/Transfer Disbursements: | $2,868.98 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 21-54489-LRC | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|
| Case Name: | VERDE LEAF, INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1893 | | Checking Acct #: | ******0015 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 6/12/2021 | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 10/3/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $2,868.98 | | $2,868.98 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.12 | $2,864.86 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.25 | $2,860.61 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.11 | $2,856.50 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $4.24 | $2,852.26 |
| 08/24/2022 | (14) | Alpine Hemp Group | refund from Alpine Hemp Group | 1121-000 | $30,000.00 | | $32,852.26 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.30 | $32,837.96 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $47.23 | $32,790.73 |
| 10/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $47.16 | $32,743.57 |
| 11/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $47.09 | $32,696.48 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $48.60 | $32,647.88 |
| 02/08/2023 | 5001 | International Sureties, Ltd | trustee bond allocation | 2300-000 | | $16.30 | $32,631.58 |
| 04/15/2024 | 5002 | Hays Financial Consulting LLC | Claim #: ; Amount Claimed: 81.68; Amount Allowed: 81.68; Dividend: 0.25; Claim #: ; Amount Claimed: 49,056.25; Amount Allowed: 30,000.00; Dividend: 91.93; | * | | $30,081.68 | $2,549.90 |
| | | | Claim Amount $(81.68) | 3420-000 | | | $2,549.90 |
| | | | Claim Amount $(30,000.00) | 3410-000 | | | $2,549.90 |
| 04/15/2024 | 5003 | Jason L. Pettie | Trustee Compensation Trustee Expenses | * | | $2,549.90 | $0.00 |
| | | | Claim Amount $(2,466.65) | 2100-000 | | | $0.00 |
| | | | Claim Amount $(83.25) | 2200-000 | | | $0.00 |

| | | | | **SUBTOTALS** | $32,868.98 | $32,868.98 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 21-54489-LRC | |
| **Case Name:** | VERDE LEAF, INC. | |
| **Primary Taxpayer ID #:** | **-***1893 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 6/12/2021 | |
| **For Period Ending:** | 10/3/2024 | |

| | |
|---|---|
| **Trustee Name:** | Jason L. Pettie |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0015 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $40,160,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $32,868.98 | $32,868.98 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,868.98 | $0.00 | |
| | | | **Subtotal** | | $30,000.00 | $32,868.98 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $30,000.00 | $32,868.98 | |

**For the period of 6/12/2021 to 10/3/2024**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $2,868.98 |
| | |
| Total Compensable Disbursements: | $32,868.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,868.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/24/2022 to 10/3/2024**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $2,868.98 |
| | |
| Total Compensable Disbursements: | $32,868.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,868.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 21-54489-LRC |
| **Case Name:** | VERDE LEAF, INC. |
| **Primary Taxpayer ID #:** | **-***1893 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 6/12/2021 |
| **For Period Ending:** | 10/3/2024 |

| | |
|---|---|
| **Trustee Name:** | Jason L. Pettie |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0015 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $40,160,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $32,900.00 | $32,900.00 | $0.00 |

**For the period of 6/12/2021 to 10/3/2024**

| | |
|---|---|
| Total Compensable Receipts: | $32,900.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,900.00 |
| Total Internal/Transfer Receipts: | $2,868.98 |
| | |
| Total Compensable Disbursements: | $32,900.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,900.00 |
| Total Internal/Transfer Disbursements: | $2,868.98 |

**For the entire history of the case between 06/12/2021 to 10/3/2024**

| | |
|---|---|
| Total Compensable Receipts: | $32,900.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $32,900.00 |
| Total Internal/Transfer Receipts: | $2,868.98 |
| | |
| Total Compensable Disbursements: | $32,900.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,900.00 |
| Total Internal/Transfer Disbursements: | $2,868.98 |

/s/ JASON L. PETTIE

JASON L. PETTIE