## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re: Debtor(s)
**Verde Leaf, Inc.**
c/o Angelyn M. Wright
The Wright Law Alliance, P.C.
PO Box 3576
Decatur, GA 30031

**84–4101893**

Case No.: **21–54489–lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

### ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE AND CLOSING ESTATE

It appearing to the Court that

**Jason L. Pettie**

the Trustee in this case, has reduced the property and effects of the estate of the Debtor(s) to cash; that the Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that the Trustee has performed all other and further duties required in the administration of the estate.

**IT IS ORDERED** that the accounts of the Trustee are approved and allowed, and that the estate is closed; that the Trustee is discharged and relieved of the trust.

_____
Lisa Ritchey Craig
United States Bankruptcy Judge

Dated:   October 25, 2024

Form 183